IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL F. ERKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV237 |
| | ) | |
| PEOPLES SERVICE CENTER, INC. and | ) | ORDER |
| AMERICAN COMMUNITY MUTUAL | ) | |
| INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

    This case has been assigned to the magistrate judge for full pretrial supervision.  On July 15, 2008, plaintiff filed a document (Filing 3) which was docketed as a "Waiver of Service Returned Executed," but which is actually captioned "Voluntary Appearance."[1]  The document is signed by Mark Floersch, President on behalf of defendant Peoples Service Center, Inc.  It does not appear that Mr. Floersch is a licensed attorney.

    "It is settled law that a corporation may be represented only by licensed counsel."  *Carr Enterprises, Inc. v. United States*, 698 F.2d 952 (8th Cir. 1983); *see also Hasbro, Inc. v. Serafino*, 966 F. Supp. 108, 110 (D. Mass. 1997).  It is important for Mr. Floersch to realize that the corporation, not he personally, has been named as a defendant in this lawsuit.  A corporation such as Peoples Service Center, Inc. may not defend a lawsuit in this court without retaining counsel.  *See Ackra Direct Marketing Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996); *United States v. Van Stelton*, 988 F.2d 70 (8th Cir. 1993).  The purported "Voluntary Appearance" is of no effect as a pleading in this lawsuit because it was not signed by counsel.

    **IT IS ORDERED:**

    1.  Plaintiff shall timely effect service of summons and the complaint on defendant, Peoples Service Center, Inc. *or, in the alternative*, procure and file a waiver of service of summons signed by licensed counsel on behalf of Peoples Service Center, Inc.

    2.  The Clerk shall mail a copy of this Order to Mark Floersch, President, Peoples Services Center, Inc., 10868 West Dodge Road, Omaha, NE 68154.

    **DATED August 15, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**

---

    [1] The "waiver" is not in the form prescribed by the court and posted on the court's web site, www.ned.uscourts.gov, and does not comply with the requirements of Fed. R. Civ. P. 4(d).