IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANIEL F. ERKER,** | ) | CASE NO. 8:08CV237 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **PEOPLES SERVICES CENTER, INC.,** | ) | |
| and **AMERICAN COMMUNITY** | ) | |
| **MUTUAL INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss Defendant Peoples Services Center, Inc., without Prejudice (Filing No. 23). Defendants have not responded to the motion. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss Defendant Peoples Services Center, Inc., without Prejudice (Filing No. 23) is granted;

2. The Plaintiff's action against Defendant Peoples Services Center, Inc., is dismissed without prejudice;

3. The Clerk of the Court is directed to strike the Plaintiff's Motion to Dismiss (Filing No. 21) for the reason that it is an incomplete document; and

4. The Clerk of the Court is directed to amend the caption in this case by terminating Peoples Services Center, Inc., as a defendant.

DATED this 10th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge