# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL F. ERKER, | CASE NO. 8:08CV237 |
| Plaintiff, | |
| v. | ORDER |
| AMERICAN COMMUNITY MUTUAL INSURANCE CO., | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Unopposed Motion for Extension of Time (Filing No. 30) to file his brief in response to the Defendant's Motion for Summary Judgment (Filing No. 25). In his Motion, the Plaintiff reports that he has conferred with opposing counsel and that the Defendant does not object to the Plaintiff's Motion. (Filing No. 30 at ¶ 3.) The Plaintiff requests that this Court grant him an extra twenty days to submit his brief and index of evidence. (Filing No. 30 at 1.) Accordingly, the Court finds the Plaintiff's Unopposed Motion for Extension of Time (Filing No. 30) should be granted.

IT IS SO ORDERED:

1. The Plaintiff Daniel F. Erker's Unopposed Motion for Extension of Time (Filing No. 30) is granted; and

2. The Plaintiff's brief in response to the Defendant's Motion for Summary Judgment (Filing No. 25), and any corresponding index of evidence, shall be filed on or before August 3, 2009.

DATED this 7th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge