## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DANIEL F. ERKER,** | CASE NO. 8:08CV237 |
| **Plaintiff,** | |
| v. | ORDER |
| **AMERICAN COMMUNITY MUTUAL INSURANCE CO.,** | |
| **Defendant.** | |

This matter is before the Court on the Defendant's Motion to Extend Reply Brief Date (Filing No. 33). In its motion, the Defendant reports that it has conferred with opposing counsel and that the Plaintiff does not object to the Defendant's Motion. (Filing No. 33 at ¶ 2.) The Defendant requests that this Court grant the Defendant an extra twenty days to submit its reply brief. (Filing No. 33.) Accordingly, the Court finds the Defendant's Motion to Extend Reply Brief Date (Filing No. 33) should be granted.

IT IS SO ORDERED:

1. The Defendant's Motion to Extend Reply Brief Date (Filing No. 33) is granted;

2. The Defendant's reply brief shall be filed on or before September 3, 2009; and

3. The Defendant's Motion for Summary Judgment (Filing No. 25) will be ripe for decision on September 4, 2009.

DATED this 14th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge